# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DANIEL DEMAS,

      Plaintiff

        v.                  CIVIL ACTION NO. 3: 11-30109 -MAP

TOWN OF WINDSOR, ET AL.,

      Defendant


## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.


[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's endorsed order entered this date,  dismissing the plaintiff's case.


                              SARAH A. THORNTON,
                              CLERK OF COURT

Dated:  June 1, 2011         By  /s/ *Maurice G. Lindsay*

                              Maurice G. Lindsay
                              Deputy Clerk